UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK SCHMID,

    Plaintiff,

                                                File no: 2:06-CV-170

v.

                                                HON. ROBERT HOLMES BELL

GERALD HOFBAUER,

    Defendant.
                                 /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's complaint is **DISMISSED** in its entirety, pursuant to Fed.R.Civ.P. 41(b), for failure to prosecute.


Date:   January 8, 2007                /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  CHIEF UNITED STATES DISTRICT JUDGE